# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HOWARD SHARPLEY III,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TODD HOLLEY, et al.,<br><br>　　Defendants. | 1:05-CV-00182-OWW-WMW-P<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT (Doc. 18)<br><br>ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF THE FIRST AMENDED COMPLAINT (Doc. 13) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2006, plaintiff filed a motion for an extension of time to file a second amended complaint, pursuant to the court's order of September 19, 2006. Plaintiff also requested a copy of his first amended complaint which was filed on June 2, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff is GRANTED thirty days from the date of service of this order in which to file a second amended complaint, pursuant to the court's order of September 19, 2006, and

2. The Clerk is DIRECTED to send to plaintiff a copy of his first amended complaint which was filed on June 2, 2005.

IT IS SO ORDERED.

**Dated:   November 3, 2006**　　　　　　　**/s/  William M. Wunderlich**
j14hj0　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE