UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HOWARD SHARPLEY III, )<br>    Plaintiff, )<br>                          )<br>  v.                           )<br>                            )<br>TODD HOLLEY, et al., )<br>                            )<br>    Defendants. ) | 1:05-CV-00182-OWW-WMW-P<br><br>ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. 20) |

        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 7, 2006, plaintiff filed a motion for a second extension of time to file a second amended complaint, pursuant to the court's order of September 19, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that plaintiff is GRANTED thirty days from the date of service of this order in which to file a second amended complaint, pursuant to the court's order of September 19, 2006.

IT IS SO ORDERED.

**Dated:   December 20, 2006**            **/s/  William M. Wunderlich**
j14hj0                                              UNITED STATES MAGISTRATE JUDGE